**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

JANE DOE 3                                                            PLAINTIFF

VS.                                  CIVIL ACTION NO.: 3:14-cv-29-GHD-JMV

RUST COLLEGE, ET AL.                                   DEFENDANTS

## ORDER

This matter is before the court on Defendants' Motion to Stay Discovery [10], pending a ruling on their Rule 12(b)(6) Motion to Dismiss [8]. Upon due consideration of the unopposed motion to stay, the court finds the motion is well taken, and it should be granted in part.

The court hereby orders that discovery and the case management conference in the above-captioned cause of action are hereby **STAYED** until the earlier of the disposition of the Motion to Dismiss by David Beckley and Rust College [8] or sixty (60) days from entry of this order. Upon the first occurrence of either, the parties shall contact the court within five (5) days to request a status conference.

**SO ORDERED**, this the 9th day of July 2014.

                                                            /s/ Jane M. Virden
                                                            **UNITED STATES MAGISTRATE JUDGE**